1  Law Office of William E. Kennedy
   William E. Kennedy (CSB# 158214)
2  2797 Park Ave., Ste. 201
   Santa Clara, CA  95050
3  408-241-1000 phone
   408-241-1500 fax

*E-FILED 7/23/07*

Attorney for Plaintiff Peter Tan

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| PETER TAN, an individual | ) Civil Action No.: C07 02353 RS |
| Plaintiff, | ) |
| vs. | ) STIPULATION AND [~~PROPOSED~~] ORDER GRANTING CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE |
| TRANS UNION, LLC; EQUIFAX INC., BANK OF AMERICA, N.A. | ) |
| Defendants. | ) |

WHEREAS, the Initial Case Management Conference is scheduled for August 8, 2007 at 2:30 pm.

WHEREAS, Plaintiff is unavailable on August 8, 2007 as his attorney will be out of the state on that date.

WHEREAS, the parties stipulate and request that the Court grant a continuance of the Initial Case Management Conference to August 29 2007 at 2:30 p.m.

Dated: July 20, 2007              LAW OFFICE OF WILLIAM E. KENNEDY

                                  _/s/_____
                                  William E. Kennedy
                                  Attorneys for Plaintiff  PETER TAN


Dated: July 20, 2007              MUSICK PEELER & GARRETT LLP

                                  _/s/_____
                                  Donald E. Bradley
                                  Attorneys for Defendant,
                                  TRANS UNION, LLC

Dated: July 20, 2007                                NOKES & QUINN

                                                    ___/s/_____
                                                    Thomas P. Quinn
                                                    Attorneys for Defendant,
                                                    EQUIFAX INC.

Dated: July 20, 2007                                REED SMITH LLP

                                                    ___/s/_____
                                                    Scott H. Jacobs
                                                    Christopher O. Rivas
                                                    Attorneys for Defendant,
                                                    BANK OF AMERICA, N.A

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Initial Case Management Conference in the above-entitled matter be continued to August 29, 2007 at 2:30.

Dated: July 29, 2007                                _____
                                                    THE HONORABLE RICHARD SEEBORG
                                                    UNITED STATES MAGISTRATE JUDGE

PROOF OF SERVICE

I am employed in the County of Santa Clara, State of California. I am over the age of 18 and am not a party to the within action. My business address is 2797 Park Avenue, Suite 201, Santa Clara, CA 95050.

On the date shown below, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet, as listed below:

STIPULATION AND [PROPOSED] ORDER GRANTING CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE


Donald E. Bradley, Esq.
MUSICK PEELER & GARRETT LLP
650 Town Center Drive, Suite 1200
Costa Mesa, CA 92626
Attorneys for Defendant Trans-Union, LLC

Thomas P. Quinn, Esq.
NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
Attorneys for Defendant Equifax, Inc.

Scott A. Jacobs
Reed Smith LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Attorneys for Defendant Bank of America, N.A.


I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on July 20, 2007 in Santa Clara, California.

            ___/s/_____
            William E. Kennedy