RECEIVED

2007 JUL 20 AM 11: 17

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

FILED
JUL 23 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF COURT
SAN JOSE CALIFORNIA

UNITED STATES DISTRICT COURT

Northern District of California

PETER TAN,

                Plaintiff(s),

v.

TRANS UNION LLC, EQUIFAX, INC.,
BANK OF AMERICA, N.A.,

                Defendant(s).

CASE NO. 5:07-CV-02353 RS

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

CARA HERGENROETHER, an active member in good standing of the bar of the State of Georgia, Bar No: 570753 whose business address and telephone number (particular court to which applicant is admitted) is

King & Spalding
180 Peachtree Street, N.E.
Atlanta, GA 30309 -- Tel: (404) 215-5796 / Fax: (404) 572-5100

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant EQUIFAX

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: 7/23/07

                                            United States Magistrate Judge