Scott H. Jacobs (SBN 81980)
Christopher O. Rivas (SBN 238765)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Attorneys for Defendant
BANK OF AMERICA, N.A.

**FILED**

OCT 16 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| PETER TAN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TRANS-UNION LLC, EQUIFAX, INC., BANK OF AMERICA, N.A.,<br><br>　　　　　Defendants. | Case No. C07-02353 RS<br>(WDB)<br><br>[PROPOSED] ORDER ON DEFENDANT BANK OF AMERICA, N.A.'S REQUEST TO APPEAR TELEPHONICALLY AT MEDIATION<br><br>The Honorable Ronald M. Whyte |

The request of Defendant Bank of America, N.A. (the "Bank") for its representative to appear telephonically at the mediation scheduled for October 10, 2007 at 10:00 a.m. has been duly considered by the Court and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the Bank's representative may appear telephonically at the mediation scheduled for October 10, 2007 at 10:00 a.m.

Dated: 10-16-07

_____
The Honorable ~~Ronald M. Whyte~~ Wayne D. Brazil
United ~~States District~~ Judge
Magistrate

DOCSLA-15609480.1